a trial at once. Nevertheless, the Assistant Public Defender representing defendant advised him in the presence of the court that he needed more time, and the continuance was then granted on that request. While the defendant continued to strenuously object, he did not discharge his attorney, and that counsel continued to represent defendant throughout the trial, and indeed in this court.

■■ If the court had acceded to defendant's demands, and had defendant been found guilty, the question would surely have arisen as to whether defendant had been denied the effective assistance of counsel who had stated that he was not prepared to defend. The four-term act was not violated and the court took proper action in continuing the case.

■■ Defendant next contends that the sentence of four to eight years was excessive. The law provides for a sentence, in armed robbery cases, of an indeterminate term, with a minimum of not less than two years. (Ill. Rev. Stat. 1969, ch. 38, par. 18—2.) Thus, the sentence was safely within the statutory limits. However, defendant contends that the sentence is a great departure from fundamental law in that it is manifestly excessive or disproportionate to the nature of the crime. (*People v. Smith,* 14 Ill.2d 95.) Defendant had previously been sentenced to one year in the House of Correction. Moreover, assuming the accuracy of the trial court's observations that accomplice Bell was the "moving party," the defendant's sentence was not out of proportion to his participation in this violent crime.

No reduction of sentence is warranted in this case.

Judgment affirmed.

LEIGHTON and HAYES, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDWARD THOMAS, Defendant-Appellant.

(No. 56603; ▮▮▮▮▮▮▮

First District (2nd Division)—December 19, 1972.

385

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Robert M. Gray, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Roberta C. Cole, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* FREDDIE JACKSON, Petitioner-Appellant.

(No. 56818;

First District (2nd Division)—December 19, 1972.